No. 03–8293. CLAYTON v. MECHLING, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT FAYETTE, ET AL. C. A. 3d Cir. Certiorari denied.

No. 03–8296. RODLAND v. COURT OF COMMON PLEAS OF PENNSYLVANIA, BLAIR COUNTY, ET AL. C. A. 3d Cir. Certiorari denied.

No. 03–8299. SARAH v. DESHAMBO ET AL. C. A. 6th Cir. Certiorari denied.

No. 03–8301. SPENCER v. CROSBY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 03–8302. HETTLER v. KAHN. C. A. 8th Cir. Certiorari denied.

No. 03–8304. HALE v. OREGON. Sup. Ct. Ore. Certiorari denied.

No. 03–8309. HARVELL v. NORTH CAROLINA. Gen. Ct. Justice, Super. Ct. Div., Stanly County, N. C. Certiorari denied.

No. 03–8313. BUMPHUS v. HAZELTREE APARTMENTS, AKA PHOENIX HAZELTREE LLC, ET AL. C. A. 9th Cir. Certiorari denied.

No. 03–8314. WATKINS v. PENNSYLVANIA. C. A. 3d Cir. Certiorari denied.

No. 03–8317. AYER v. NEW HAMPSHIRE. Sup. Ct. N. H. Certiorari denied.

No. 03–8318. GREEN v. KNOWLES, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 03–8323. WHITE v. MICHIGAN CENTER FOR FORENSIC PSYCHIATRY. C. A. 6th Cir. Certiorari denied.

No. 03–8331. STULL v. ROLLINS, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 03–8335. PORTERFIELD v. TENNESSEE. Ct. Crim. App. Tenn. Certiorari denied.